UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MELISSA YARBER, individually and as personal representative of the estate of JENNIFER LYNN DeARMON, deceased,

Plaintiff,

v.

VINAY K. MEHTA, M.D., ROGER WATTERS, M.D., HARRISBURG FAMILY PRACTICE, LTD. d/b/a PRIMARY CARE GROUP, and HARRISBURG MEDICAL CENTER, INC.,

Defendants.

Case No. 06-cv-1018-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's Consent Motion to Dismiss all claims in this case against defendant Harrisburg Medical Center, Inc. without prejudice (Doc. 59), which the Court construes to be pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal signed by all parties who have appeared. Because no party has objected to the motion, the Court **GRANTS** the motion (Doc. 59), **DISMISSES** all claims in this case against Harrisburg Medical Center, Inc. **without prejudice**, and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED: March 14, 2008**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**