UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA YARBER, individually and as personal representative of the estate of JENNIFER LYNN DeARMON, deceased,<br><br>          Plaintiff,<br><br>     v.<br><br>VINAY K. MEHTA, M.D., ROGER WATTERS, M.D., HARRISBURG FAMILY PRACTICE, LTD. d/b/a PRIMARY CARE GROUP, and HARRISBURG MEDICAL CENTER, INC.,<br><br>          Defendants. | Case No. 06-cv-1018-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters, the parties having agreed to dismissal as to others, and a jury having rendered a verdict as to others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment on Count I (wrongful death) is entered in favor of defendants Vinay K. Mehta, M.D., and Harrisburg Family Practice d/b/a Primary Care Group and against plaintiff Melissa Yarber, individually and as personal representative of the estate of Jennifer Lynn DeArmon;

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count II (survival action) is entered in favor of plaintiff Melissa Yarber, individually and as personal representative of the estate of Jennifer Lynn DeArmon and against defendants Vinay K. Mehta, M.D., and Harrisburg Family Practice d/b/a Primary Care Group in the total amount of six hundred thousand dollars ($600,000) of which one hundred thousand dollars ($100,000) is attributable to loss of a normal life, one hundred thousand dollars ($100,000) is attributable to pain and suffering experienced and four hundred thousand dollars ($400,000) is attributable to reasonable expenses of necessary medical care, treatment and services; and

IT IS FURTHER ORDERED AND ADJUDGED that

- Counts III (wrongful death) and IV (survival action) by plaintiff Melissa Yarber, individually and as personal representative of the estate of Jennifer Lynn DeArmon, against defendants Roger Watters, M.D., and Harrisburg Family Practice d/b/a Primary Care Group, and

- Counts V (wrongful death) and VI (survival action) by plaintiff Melissa Yarber, individually and as personal representative of the estate of Jennifer Lynn DeArmon, against defendant Harrisburg Medical Center, Inc.

are dismissed without prejudice and without costs.

**DATED:  October 6, 2009**             **NANCY J. ROSENSTENGEL, Clerk of Court**

                                           **By:s/Deborah Agans, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**